IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Global Cooling, Inc., | : | |
| Plaintiff | : | Civil Action 2:11-cv-01083 |
| v. | : | Judge Smith |
| E.C. Sagittar B.V., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |
| | : | |

## Order Cancelling Settlement Week Mediation

On August 17, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for September 12, 2012 at 10:30 a.m. be cancelled. Written discovery has been exchanged, and counsel are working through some production issues. No depositions have been taken. Counsel hope to schedule depositions to be taken in the next few weeks. The September 2012 Settlement Week mediation is CANCELLED.

Counsel are DIRECTED to call me (614-719-3370) on or before **October 19, 2012** to set up a telephone conference to let me know the status of discovery, the parties' settlement discussions, and whether their clients want to participate in the December 2012 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the

Settlement Week Mediator Michael Yarbrough, 10 W. Broad St., Ste. 2300, Columbus, Ohio 43215.

                                                        s/Mark R. Abel
                                           United States Magistrate Judge